IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 JAN 23 PM 4: 15

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID DUANE SHORT<br>CHELSEA LEIGH SHORT<br>EDWARD GLEN SUMMERS,<br><br>Defendant. | 8:20CR22<br><br>INDICTMENT<br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1) & (b)(1)<br>18 U.S.C. § 924(c)(1)(A) |

The Grand Jury charges that

## COUNT I

Beginning on or about July 2019, and continuing to on or about December 19, 2019, in the District of Nebraska and elsewhere, Defendants DAVID DUANE SHORT, CHELSEA LEIGH SHORT, and EDWARD GLEN SUMMERS did knowingly and intentionally combine, conspire, confederate, and agree together and with other person(s) to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

Before EDWARD GLEN SUMMERS committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846 for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT II

On or about December 19, 2019, in the District of Nebraska, Defendant EDWARD GLEN SUMMERS did knowingly use and carry a firearm, to wit: Smith &Wesson M&P Bodyguard pistol and a Ruger LCP pistol, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense(s) described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

1. The allegations contained in Count I of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, conspiracy to distribute methamphetamine, Defendants DAVID DUANE SHORT and EDWARD GLEN SUMMERS shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

   a. United States currency in the amount of $15,280.00 and $410.00 seized from DAVID DUANE SHORT on or about December 19, 2019.

   b. United States currency in the amount of $42,340.00 seized from EDWARDS GLEN SUMMERS in a beige 1985 Tioga Motorhome Ford Class C,

Recreational Vehicle located on the premises of 1905 South 11th Street, Council Bluffs, Iowa on or about December 19, 2019.

3. If any of the property described above, as a result of any act or omission of Defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

The United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MARTIN J. CONBOY, IV
Assistant United States Attorney

3