IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:20CR22 |
| vs. | |
| DAVID DUANE SHORT, | ORDER |
| Defendant. | |

THIS MATTER is before the court on the motion of Mary C. Gryva to withdraw as counsel for the defendant, David Duane Short (Filing No. 48). Glenn A. Shapiro has filed an entry of appearance as retained counsel for David Duane Short. Therefore, Mary C. Gryva's motion to withdraw (Filing No. 48) will be granted.

Mary C. Gryva shall forthwith provide Glenn A. Shapiro any discovery materials provided to the defendant by the government and any such other materials obtained by Mary C. Gryva which are material to David Duane Short's defense.

The clerk shall provide a copy of this order to Glenn A. Shapiro.

IT IS SO ORDERED.

Dated this 26th day of February, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge