IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>DAVID DUANE SHORT and EDWARD GLEN SUMMERS,<br><br>     Defendants. | 8:20CR22<br><br>ORDER |

This matter is before the court on Defendant Summer's Unopposed Motion to Continue Trial [75]. Counsel seeks additional time to fully explore a resolution of this case short of trial. For good cause shown.

  **IT IS ORDERED** that on Defendant Summer's Unopposed Motion to Continue Trial [75] is granted, as follows:

1. The jury trial, **as to both defendants,** now set for August 4, 2020, is continued to **September 1, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 1, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 23rd day of July 2020.

              BY THE COURT:

              s/Susan M. Bazis
              United States Magistrate Judge